WILLIAM H. YOUNG, APPELLANT, v. BERNARD L. STAFFORD, RESPONDENT.

Submitted March 22, 1915—Decided June 14, 1915.

On appeal from the Supreme Court, whose opinion is reported in 86 *N. J. L.* 422.

For the appellant, *Hunziker & Randall.*

For the respondent, *John A. Stafford.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Garrison in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, JJ.	11.

*For reversal*—None.